# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00094-CR

Cody Ray Rockey,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
County Court at Law of Navarro County, Texas
Judge Ernie Armstrong, presiding
Trial Court Cause No. C42965-CR

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appeals from a judgment for which his sentences were imposed on November 19, 2025 and signed by the trial court on that same date. Trial counsel for Appellant filed a motion for new trial on December 4, 2025. Trial counsel for Appellant filed a notice of appeal in the trial court on March 2, 2026, which was not received by this Court until March 12, 2026.

As applicable to this proceeding, the notice of appeal must have been filed within 90 days after the sentence is imposed or suspended in open court because his counsel filed a motion for new trial. TEX. R. APP. P. 26.2(a)(2). The notice of appeal was not timely.

Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 26.2(a)(2).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: March 19, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Do not publish
CR25

